**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TIMOTHY D. REUBEN, | No. 13-55240 |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-09448-SJO-PJW |
| v. | |
| UNITED STATES OF AMERICA, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Central District of California
S. James Otero, District Judge, Presiding

Argued and Submitted April 9, 2015
Pasadena, California

Before: REINHARDT, McKEOWN, and M. SMITH, Circuit Judges.

Timothy Reuben appeals the denial of a tax refund from the Internal

Revenue Service for the sale of stock received as part of a mutual life insurance

company's demutualization. Reuben appeals the district court's order granting the

government's motion for summary judgment based on Reuben's failure to

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

establish that his basis in the stock was other than zero. For the reasons set forth in *Dorrance v. United States*, No. 13-16548, 2015 WL 8241954 (9th Cir. Dec. 9, 2015), we hold that the district court properly found that Reuben was not entitled to a refund and affirm the judgment.

**AFFIRMED.**